UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Rhonda Abbott,

        Plaintiff,

        v.

Atlantic City, et. al.

        Defendants.

**Hon. Joseph H. Rodriguez**

Civil Action No. 11-4851

**Memorandum Order**

    This matter comes before the Court on Plaintiff's Letter Request for an extension of time to respond to the Court's March 31, 2015 Order. The Court, it is discretion, afforded Plaintiff's counsel the opportunity to clarify statements made on the record during the February 26, 2015 hearing in this matter. During the hearing, counsel indicated that he was unprepared to discuss several issues because his attention was directed to other pending matters, including a trial allegedly scheduled to begin the following week.

    Out of an abundance of caution for the rights of the Plaintiff, the Court, *sua sponte*, directed Plaintiff's counsel to submit a supplemental brief and warned that no further extensions of time would be permitted. Now, incredibly, Plaintiff's counsel seeks additional time and, once again, provides a litany of other cases he gives priority to his obligations in the present matter. In addition, counsel claims his personal pursuit of Continuing Legal Education credits impedes his ability to meet the Court's May 1, 2015 deadline.

    These excuses are insufficient to warrant an extension of time. However, because the Court is sensitive to the death of a loved one, an extension will be given until May 13,

2015. Plaintiff's counsel is warned that no further extensions will be given and that he should manage his calendar with the care necessary to give the present matter some priority.

    IT IS SO ORDERED on this 30th day of April, 2015.

                                                   s/ Joseph H. Rodriguez
                                                   Hon. Joseph H. Rodriguez
                                                   UNITED STATES DISTRICT JUDGE

Case 1:11-cv-04851-JHR-AMD   Document 88   Filed 04/30/15   Page 2 of 2 PageID: 746